UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 04-107(RBW) |
| | : | |
| v. | : | **FILED** |
| | : | |
| SEDRICK MILLER, | : | JUL 2 4 2014 |
| Defendant. | : | |
| | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon due consideration of the Government's Unopposed Motion to Unseal the Judgment and Commitment Order, it is hereby

**ORDERED** that the motion be **GRANTED**. Accordingly, it is

**ORDERED,** that the Judgment and Commitment Order issued in the above captioned case shall be unsealed and made available for public inspection and disclosure.

Date: July 24, 2014

_____
Judge
United States District Court
For the District of Columbia