AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SEDRICK MILLER | ) | Case No. 04CR107 (SEALED) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
MAR 23 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SEDRICK MILLER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for hearing set on 3/13/15 before the Honorable Reggie B. Walton.

Defendant has also violated conditions of supervised release.

Date:   03/13/2015

*Issuing officer's signature*

City and state:   Washington, DC                    Mattie Powell-Taylor (Courtroom Deputy)
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/16/15, and the person was arrested on *(date)* 3/23/15
at *(city and state)* Washington DC.

Date: 3/23/15

*Arresting officer's signature*

#014
John Michael Baker DUSM
*Printed name and title*