**FILED**

04cr107

APR 29 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4-20-15

*Request to file is granted as a motion for sentence modification.*

*Judge Walton*
*4/29/15*

Good morning Your Honor, As you may recall, i was given 9 months (violation time) with no supervision to follow. I admitted to my faults, i had a drug problem. In contrast i was home 2yrs after serving 10yrs in prison i had completely turned my life around. Out of the 2yrs of freedom 19 of those months i was employed and/or in a training program. I accidently missed my court date of 3-13-15, but was responsible enough to turn myself in. Without any further delay, my sole purpose for writing is, to request that you Judge Reggie B. Walton allow me to serve 90-120 days of my 9 months at a Halfway-House, i ask so due to the fact my release date is 12-22-15 upon my release i will have no job, no stable residence it will be extremely hard a few days before the Holidays to find employment. I was/still am enrolled at CTI (Career Technical Institute) at 1101 Vermont Ave N.W., i also held a part-time job there, my lawyer [Mr. Shawn Moore] has verification of this all (i.e. check stubs as well as my enrollment forms from CTI). I NEED a couple month to readjust coming back into society, i was in Homeless Shelter before my incarceration i would rather be placed in halfway house its more structure as well as assistance with reentry vs. the shelter is only that shelter until 6am which at that time everyone must take all their belongings and leave. Its impossible to look for job lugging your whole life around in bags. I ask that you please UNDERSTAND my request and please oblige my request, thank you for your time

Dedrick Miller