UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-107 (RBW) |
| ) | |
| SEDRICK MILLER ) | |
| ) | |
| Defendants. ) | |

### ORDER

On April 20, 2015, Sedrick Miller, the defendant in this criminal matter, wrote a letter to the Court requesting he be allowed to serve anywhere from ninety to 120 days of his nine month sentence at a half-way house. See ECF No. 35. On April 29, 2015, the Court construed this letter as a pro se motion for a sentence reduction. See id. However, the decision of when and whether to place Mr. Miller in a halfway house is left to the purview of the Bureau of Prisons. Accordingly, it is hereby

**ORDERED** that the defendant's motion, ECF No. 35, is **DENIED**.

**SO ORDERED** this 11th day of May, 2015.

REGGIE B. WALTON
United States District Judge